1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  ELIZABETH S. SALVESON, State Bar #83788
   Chief Labor Attorney
3  TERENCE J. HOWZELL, State Bar #140822
   Deputy City Attorney
4  Fox Plaza
   1390 Market Street, Fifth Floor
5  San Francisco, California 94102-5408
   Telephone:    (415) 554-3960
6  Facsimile:    (415) 554-4248
   E-Mail:       terence.howzell@sfgov.org
7

8  Attorneys for Defendant
   CITY AND COUNTY OF SAN FRANCISCO
9

10                       UNITED STATES DISTRICT COURT

11                      NORTHERN DISTRICT OF CALIFORNIA

12

13 | DONALD CALKIN, GORDON CLARK, | Case No. C 12-02584 JCS
   | SILVIA DAVID, SALLY FOSTER, JOHN |
14 | HIGGINS, JANET LACAMPAGNE, | **STIPULATION TO CONTINUE**
   | KENNETH SANCHEZ, COLLEEN | **SETTLEMENT CONFERENCE DATE**
15 | SULLIVAN AND LEE SULLIVAN | **AND ~~PROPOSED~~ ORDER**

16        Plaintiff,                    Magistrate Judge:  Hon. Elizabeth D. Laporte
                                        Place:             Courtroom E, 15th Floor
17    vs.                               Date Action Filed: May 18, 2012
                                        Trial Date:        December 2, 2013
18 CITY AND COUNTY OF SAN
   FRANCISCO, CALIFORNIA,
19
         Defendant.
20

21

22

23

24

25

26

27

28
Stipulation to Continue Settlement Conference Date        1            n:\labor\li2012\121360\00804429.doc
and ~~Proposed~~ Order
CASE NO. C 12-02584 JCS

IT IS STIPULATED BY THE PARTIES AS FOLLOWS:

1) A Settlement Conference is currently set for November 9, 2012.

2) The parties anticipate completing limited discovery pertaining to certain liability and damages issues necessary for effective settlement discussions by the end of November 2012.

3) The parties also anticipate that a decision will be issued in a California Court of Appeal case (*Lui v. City and County of San Francisco*, Case No. A131882) involving the City and County of San Francisco and similar issues raised in this case relating to disability claims brought by disabled police officers under the California Fair Employment and Housing Act. Defendant anticipates that the ruling in the *Lui* decision will inform and affect its settlement position in this case.

4) The parties stipulate to continuing the Settlement Conference to a date in December 2012 and request that the Court enter an order consistent with this stipulation.

Dated: October 22, 2012

By: /s/ Terence J. Howzell
TERENCE J. HOWZELL
Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

Dated: October 22, 2012

BURTON EMPLOYMENT LAW

By: /s/ Jocelyn Burton
JOCELYN BURTON
Attorney for Plaintiffs
DONALD CALKIN, GORDON CLARK, SILVIA DAVID, SALLY FOSTER, JOHN HIGGINS, JANET LACAMPAGNE, KENNETH SANCHEZ, COLLEEN SULLIVAN AND LEE SULLIVAN

PURSUANT TO STIPULATION, IT IS SO ORDERED:

The Settlement Conference set for November 9, 2012, at 9:30 a.m. is continued to the date of ____December 6, 2012____ at __9:30 a.m.__ .

Dated: October 26, 2012

_____
THE HONORABLE ELIZABETH D. LAPORTE