DENNIS J. HERRERA, State Bar #139669
City Attorney
ELIZABETH S. SALVESON, State Bar #83788
Chief Labor Attorney
TERENCE J. HOWZELL, State Bar #140822
Deputy City Attorney
Fox Plaza
1390 Market Street, Fifth Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-3960
Facsimile:     (415) 554-4248
E-Mail:        terence.howzell@sfgov.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD CALKIN, GORDON CLARK, SILVIA DAVID, SALLY FOSTER, JOHN HIGGINS, JANET LACAMPAGNE, KENNETH SANCHEZ, COLLEEN SULLIVAN AND LEE SULLIVAN<br><br>Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, CALIFORNIA,<br><br>Defendant. | Case No. C 12-02584 JCS<br><br>**STIPULATION TO CONTINUE SETTLEMENT CONFERENCE DATE AND** ~~PROPOSED~~ **ORDER**<br><br>Magistrate Judge:   Hon. Elizabeth D. Laporte<br>Place:              Courtroom E, 15th Floor<br>Date Action Filed:  May 18, 2012<br>Trial Date:         December 2, 2013 |

IT IS STIPULATED BY THE PARTIES AS FOLLOWS:

1) A Settlement Conference is currently set for November 9, 2012.

2) The parties anticipate completing limited discovery pertaining to certain liability and damages issues necessary for effective settlement discussions by the end of November 2012.

3) The parties also anticipate that a decision will be issued in a California Court of Appeal case (*Lui v. City and County of San Francisco*, Case No. A131882) involving the City and County of San Francisco and similar issues raised in this case relating to disability claims brought by disabled police officers under the California Fair Employment and Housing Act.  Defendant anticipates that the ruling in the *Lui* decision will inform and affect its settlement position in this case.

4) The parties stipulate to continuing the Settlement Conference to a date in December 2012 and request that the Court enter an order consistent with this stipulation.

Dated: October 22, 2012

By: /s/ Terence J. Howzell
TERENCE J. HOWZELL
Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

Dated:  October 22, 2012

BURTON EMPLOYMENT LAW

By: /s/ Jocelyn Burton
JOCELYN BURTON
Attorney for Plaintiffs
DONALD CALKIN, GORDON CLARK, SILVIA DAVID, SALLY FOSTER, JOHN HIGGINS, JANET LACAMPAGNE, KENNETH SANCHEZ, COLLEEN SULLIVAN AND LEE SULLIVAN

PURSUANT TO STIPULATION, IT IS SO ORDERED:

The Settlement Conference set for November 9, 2012, at 9:30 a.m. is continued to the date of ___December 6, 2012___ at __9:30 a.m.__ .

Dated:  October 26, 2012

___Elizabeth D. Laporte___
THE HONORABLE ELIZABETH D. LAPORTE

Stipulation to Continue Settlement Conference Date and ~~Proposed~~ Order
CASE NO. C 12-02584 JCS
2
n:\labor\li2012\121360\00804429.doc