1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  ELIZABETH S. SALVESON, State Bar #83788
   Chief Labor Attorney
3  TERENCE J. HOWZELL, State Bar #140822
   Deputy City Attorney
4  Fox Plaza
   1390 Market Street, Fifth Floor
5  San Francisco, California 94102-5408
   Telephone:     (415) 554-3960
6  Facsimile:     (415) 554-4248
   E-Mail:        terence.howzell@sfgov.org
7  Attorneys for Defendant
   CITY AND COUNTY OF SAN FRANCISCO
8
   JOCELYN BURTON, State Bar # 135879
9  BURTON EMPLOYMENT LAW
   1939 Harrison Street, Suite 923
10 Oakland, CA  94612
   Telephone:     (510) 318-6316
11 Facsimile:     (510) 473-3672
   E-Mail:        jburton@burtonemploymentlaw.com
12 Attorney for Plaintiffs
   DONALD CALKIN, ET AL.
13

14                 UNITED STATES DISTRICT COURT

15               NORTHERN DISTRICT OF CALIFORNIA

16

17 DONALD CALKIN, GORDON CLARK,          Case No. C 12-02584 JCS
   SILVIA DAVID, SALLY FOSTER, JOHN
18 HIGGINS, JANET LACAMPAGNE,
   KENNETH SANCHEZ, COLLEEN            **STIPULATION TO CONTINUE
19 SULLIVAN AND LEE SULLIVAN            SETTLEMENT CONFERENCE DATE AND
                                        ~~PROPOSED~~ ORDER**
20      Plaintiff,
                                        Magistrate Judge:  Hon. Elizabeth D. Laporte
21      vs.                             Place:  Courtroom E, 15th Floor
                                        Date Action Filed:  May 18, 2012
22 CITY AND COUNTY OF SAN               Trial Date:  December 2, 2013
   FRANCISCO, CALIFORNIA,
23
        Defendant.
24

25      IT IS STIPULATED BY THE PARTIES AS FOLLOWS:

26      1)     A Settlement Conference is currently set for December 6, 2012.

27

28
   STIPULATION AND PROPOSED ORDER TO          1
   CONTINUE SETTLEMENT CONFERENCE
   CASE NO. C12-02584 JCS

2)     One of the Plaintiffs is scheduled for surgery and will be unavailable from November 27, 2012 through December 14, 2012.

3)     Defendant's counsel has a scheduled vacation the week of December 24, 2012.

4)     The parties stipulate to continuing the Settlement Conference to a date between December 17, 2012 through December 21, 2012 or after January 1, 2013 and request that the Court enter an order consistent with the stipulation.

Dated:  November 6, 2012                          BURTON EMPLOYMENT LAW

                                         By: /s/ Jocelyn Burton_____
                                             JOCELYN BURTON
                                             Attorneys for Plaintiffs
                                             DONALD CALKIN, GORDON CLARK,
                                             SILVIA DAVID, SALLY FOSTER,
                                             JOHN HIGGINS, JANET LACAMPAGNE,
                                             KENNETH SANCHEZ, COLLEEN SULLIVAN
                                             AND LEE SULLIVAN

Dated:  November 6, 2012                  By:_ /s/ Terence J. Howzell_____
                                             TERENCE J. HOWZELL
                                             Attorneys for Defendant
                                             CITY AND COUNTY OF SAN FRANCISCO

PURSUANT TO STIPULATION, IT IS SO ORDERED:

The Settlement Conference set for December 6, 2012, at 9:30 a.m. is continued to the date of

_January 10, 2013_____ at _9:30 a.m._____.   The confidential settlement conference statements shall

be due no later than January 2, 2013.

Dated:_November 7, 2012_____          _____
                                          THE HONORABLE ELIZABETH D. LAPORTE

STIPULATION AND PROPOSED ORDER TO                 2
CONTINUE SETTLEMENT CONFERENCE
CASE NO. C12-02584 JCS