```
 1  DENNIS J. HERRERA, State Bar #139669
    City Attorney
 2  ELIZABETH S. SALVESON, State Bar #83788
    Chief Labor Attorney
 3  TERENCE J. HOWZELL, State Bar #140822
    Deputy City Attorney
 4  Fox Plaza
    1390 Market Street, Fifth Floor
 5  San Francisco, California 94102-5408
    Telephone:    (415) 554-3960
 6  Facsimile:    (415) 554-4248
    E-Mail:       terence.howzell@sfgov.org
 7  Attorneys for Defendant
    CITY AND COUNTY OF SAN FRANCISCO
 8
    JOCELYN BURTON, State Bar # 135879
 9  BURTON EMPLOYMENT LAW
    1939 Harrison Street, Suite 923
10  Oakland, CA  94612
    Telephone:    (510) 318-6316
11  Facsimile:    (510) 473-3672
    E-Mail:       jburton@burtonemploymentlaw.com
12  Attorney for Plaintiffs
    DONALD CALKIN, ET AL.
13
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD CALKIN, GORDON CLARK, SILVIA DAVID, SALLY FOSTER, JOHN HIGGINS, JANET LACAMPAGNE, KENNETH SANCHEZ, COLLEEN SULLIVAN AND LEE SULLIVAN<br><br>    Plaintiff,<br><br>    vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, CALIFORNIA,<br><br>    Defendant. | Case No. C 12-02584 JCS<br><br>**STIPULATION TO CONTINUE SETTLEMENT CONFERENCE DATE AND ~~PROPOSED~~ ORDER**<br><br>Magistrate Judge: Hon. Elizabeth D. Laporte<br>Place: Courtroom E, 15th Floor<br>Date Action Filed: May 18, 2012<br>Trial Date: December 2, 2013 |

IT IS STIPULATED BY THE PARTIES AS FOLLOWS:

1)    A Settlement Conference is currently set for December 6, 2012.

---

STIPULATION AND PROPOSED ORDER TO               1
CONTINUE SETTLEMENT CONFERENCE
CASE NO. C12-02584 JCS

2) One of the Plaintiffs is scheduled for surgery and will be unavailable from November 27, 2012 through December 14, 2012.

3) Defendant's counsel has a scheduled vacation the week of December 24, 2012.

4) The parties stipulate to continuing the Settlement Conference to a date between December 17, 2012 through December 21, 2012 or after January 1, 2013 and request that the Court enter an order consistent with the stipulation.

Dated: November 6, 2012                BURTON EMPLOYMENT LAW

                                       By: /s/ Jocelyn Burton
                                           JOCELYN BURTON
                                           Attorneys for Plaintiffs
                                           DONALD CALKIN, GORDON CLARK,
                                           SILVIA DAVID, SALLY FOSTER,
                                           JOHN HIGGINS, JANET LACAMPAGNE,
                                           KENNETH SANCHEZ, COLLEEN SULLIVAN
                                           AND LEE SULLIVAN

Dated: November 6, 2012                By: /s/ Terence J. Howzell
                                           TERENCE J. HOWZELL
                                           Attorneys for Defendant
                                           CITY AND COUNTY OF SAN FRANCISCO

PURSUANT TO STIPULATION, IT IS SO ORDERED:

The Settlement Conference set for December 6, 2012, at 9:30 a.m. is continued to the date of January 10, 2013 at 9:30 a.m. The confidential settlement conference statements shall be due no later than January 2, 2013.

Dated: November 7, 2012

_____
THE HONORABLE ELIZABETH D. LAPORTE