1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  ELIZABETH S. SALVESON, State Bar #83788
   Chief Labor Attorney
3  TERENCE J. HOWZELL, State Bar #140822
   Deputy City Attorney
4  Fox Plaza
   1390 Market Street, Fifth Floor
5  San Francisco, California 94102-5408
   Telephone:     (415) 554-3960
6  Facsimile:     (415) 554-4248
   E-Mail:        terence.howzell@sfgov.org
7

8  Attorneys for Defendant
   CITY AND COUNTY OF SAN FRANCISCO
9

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD CALKIN, GORDON CLARK, SILVIA DAVID, SALLY FOSTER, JOHN HIGGINS, JANET LACAMPAGNE, KENNETH SANCHEZ, COLLEEN SULLIVAN AND LEE SULLIVAN<br><br>Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, CALIFORNIA,<br><br>Defendant. | Case No. C 12-02584 JCS (EDL)<br><br>**STIPULATION TO CONTINUE SETTLEMENT CONFERENCE DATE; ~~PROPOSED~~ CASE MANAGEMENT SCHEDULE AND PROPOSED ORDER CONTINUING SETTLEMENT CONFERENCE DATE**<br><br>Magistrate Judge: Hon. Joseph C. Spero<br>Place: Courtroom G, 15th Floor<br>Date Action Filed: May 18, 2012<br>Trial Date: December 2, 2013 |

IT IS STIPULATED BY THE PARTIES AS FOLLOWS:

1) A Settlement Conference is currently set for February 13, 2013.

2) The parties require additional time to complete their settlement discussions. Magistrate Judge Elizabeth Laporte is available for a further settlement conference in May 2013. The parties wish to delay incurring the costs of discovery while they continue their settlement efforts with Judge Laporte's assistance.

3) The parties stipulate to continuing the Settlement Conference to a date between May 1 and May 15, 2013 and request that the Court enter an order consistent with this stipulation.

4)   The parties also propose the following case management schedule to accommodate their settlement efforts and request that the Court enter a separate case management order with the following dates:

    A.   Further Case Management Conference: June ~~17~~ 14, 2013, at 1:30 PM.

    B.   Completion of Non-Expert Discovery: August 16, 2013

    C.   Last Day To Hear Dispositive Motions: October 4, 2013, at 1:30 PM

    D.   Last Day To Designate Experts And Produce Expert Reports: October 25, 2013

    E.   Last Day To Designate Rebuttal Experts And Produce Supp. Reports: November 12, 2013

    F.   Completion Of Expert Discovery: November 25, 2013

    G.   Pre-Trial Conference: ~~March 21, 2014~~ To Be Set.

    H.   Trial Date: ~~April 7, 2014~~ . To Be Set.

Dated: January 31, 2013

By:   /s/ Terence J. Howzell
TERENCE J. HOWZELL
Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

Dated: January 31, 2013

By:   /s/ Jocelyn Burton
JOCELYN BURTON
Attorney for Plaintiffs DONALD CALKIN, GORDON CLARK, SILVIA DAVID, SALLY FOSTER, JOHN HIGGINS, JANET LACAMPAGNE, KENNETH SANCHEZ, COLLEEN SULLIVAN AND LEE SULLIVAN

PURSUANT TO STIPULATION, IT IS SO ORDERED:

~~The Settlement Conference set for February 13, 2013, at 9:30 a.m. is continued to the date of~~ Counsel will be contacted by Judge Laporte's chambers to reschedule the settlement conference. - JCS
~~_____, at _____..~~

Dated: 2/4/13

[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED AS MODIFIED — Judge Joseph C. Spero]

THE HONORABLE JOSEPH C. SPERO

STIPULATION TO CONTINUE DATES                                   2                              n:\labor\li2012\121360\00823661.doc
CASE NO. C12-02584 JCS