**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CALKIN

    Plaintiff(s),            No. C-12-02584 JCS (EDL)

    v.                           NOTICE OF CONTINUANCE
                                   <u>OF FURTHER SETTLEMENT CONFERENCE</u>

CITY AND COUNTY OF SAN FRANCISCO

    Defendant(s).
_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that the further settlement conference previously scheduled for February 13, 2013 in Courtroom E, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102 has been continued until May 31, 2013, at 9:30 a.m.

Settlement Conference statements, if not previously submitted, are due May 21, 2013. All other provisions of the Court's prior Notice of Settlement Conference and Settlement Conference Order remain in effect.

The parties shall notify Magistrate Judge Laporte's chambers immediately if this case settles prior to the date set for settlement conference.

Dated: February 11, 2013

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge