UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CALKIN

       Plaintiff(s),                           No. C-12-02584 JCS (EDL)

       v.                                   NOTICE OF CONTINUANCE
                                            OF FURTHER SETTLEMENT CONFERENCE

CITY AND COUNTY OF SAN FRANCISCO

       Defendant(s).
_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that the further settlement conference previously scheduled for February 13, 2013 in Courtroom E, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102 has been continued until May 31, 2013, at 9:30 a.m.

Settlement Conference statements, if not previously submitted, are due May 21, 2013. All other provisions of the Court's prior Notice of Settlement Conference and Settlement Conference Order remain in effect.

The parties shall notify Magistrate Judge Laporte's chambers immediately if this case settles prior to the date set for settlement conference.

Dated: February 11, 2013

                                                            _____
                                                            ELIZABETH D. LAPORTE
                                                            United States Magistrate Judge