DENNIS J. HERRERA, State Bar #139669
City Attorney
ELIZABETH S. SALVESON, State Bar #83788
Chief Labor Attorney
TERENCE J. HOWZELL, State Bar #140822
Deputy City Attorney
Fox Plaza
1390 Market Street, Fifth Floor
San Francisco, California 94102-5408
Telephone: (415) 554-3960
Facsimile: (415) 554-4248
E-Mail: Terence.howzell@afgov.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

JOCELYN BURTON (SBN 135879)
BURTON EMPLOYMENT LAW
1939 Harrison Street, Suite 923
Oakland, CA 94612
Ph: (510) 318-6316
Fax: (510) 473-3672
e-mail: jburton@burtonemploymentlaw.com

Attorneys for Plaintiffs
Donald Calkin, Gordon Clark, Silvia David,
Sally Foster, John Higgins, Janet Lacampagne
Kenneth Sanchez, Colleen Sullivan and Lee Sullivan

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| DONALD CALKIN, GORDON CLARK, SILVIA DAVID, SALLY FOSTER, JOHN HIGGINS, JANET LACAMPAGNE, KENNETH SANCHEZ, COLLEEN SULLIVAN and LEE SULLIVAN<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, CALIFORNIA,<br><br>Defendant. | Case No.: C-12-02584 JCS<br><br>**JOINT CASE MANAGEMENT CONFERENCE STATEMENT**<br><br>Date: August 16, 2013<br>Time: 1:30 pm<br>Place: Courtroom G, 15th Floor |

JOINT CASE MANAGEMENT CONFERENCE STATEMENT, Calkin, et al. v. City and County of San Francisco, C 12-02584 JCS

1

Defendant City and County of San Francisco and Plaintiffs Donald Calkin, Gordon Clark, Silvia David, Sally Foster, John Higgins, Janet Lacampagne, Kenneth Sanchez, Colleen Sullivan and Lee Sullivan (collectively the "parties") hereby submit their Joint Case Management Conference Statement. The parties held a settlement conference before Magistrate Judge Laporte on May 31, 2013 and resolved the claims of Plaintiffs Donald Calkin, Kenneth Sanchez, Sally Foster and Janet Lacampagne. The remaining four Plaintiffs want to proceed with the litigation at this time.

The parties propose the following scheduling order:

Discovery cut-off: February 28, 2014

Summary Judgment Hearing Date: May 2, 2014

Last Day to Designate Experts and Produce Expert Reports: May 23, 2014

Last Day to Designate Rebuttal Experts and Produce Supplemental Reports: June 6, 2014

Completion of Expert Discovery: June 20, 2014

Pretrial Disclosures: July 11, 2014

Objections to Pretrial Disclosures: July 25, 2014

Trial: August 18, 2014

Dated: August 8, 2013

By: /s/ Terence J. Howzell
TERENCE J. HOWZELL
Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

|   |   |   |
|---|---|---|
| 1 | | BURTON EMPLOYMENT LAW |
| 2 | | |
| 3 | Dated: August 8, 2013 | By:___/s/ Jocelyn Burton_____ |
| 4 | | Jocelyn Burton |
| | | Attorney for Plaintiffs DONALD |
| 5 | | CALKIN, GORDON CLARK, SILVIA DAVID, |
| | | SALLY FOSTER, JOHN HIGGINS, JANET |
| 6 | | LACAMPAGNE, KENNETH SANCHEZ, |
| 7 | | COLLEEN SULLIVAN and LEE SULLIVAN |

## CASE MANGEMENT ORDER

The above JOINT CASE MANAGEMENT STATEMENT & PROPOSED ORDER is approved as the Case Management Order for this case and all parties shall comply with its provisions. [In addition, the Court makes the further orders stated below:]

IT IS SO ORDERED.

Dated:

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE