1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  ELIZABETH S. SALVESON, State Bar #83788
   Chief Labor Attorney
3  TERENCE J. HOWZELL, State Bar #140822
   Deputy City Attorney
4  Fox Plaza
   1390 Market Street, Fifth Floor
5  San Francisco, California 94102-5408
   Telephone:    (415) 554-3960
6  Facsimile:    (415) 554-4248
   E-Mail:       terence.howzell@sfgov.org
7

8  Attorneys for Defendant
   CITY AND COUNTY OF SAN FRANCISCO
9

10                    UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12
   DONALD CALKIN, GORDON CLARK,          Case No. C 12-02584 JCS (EDL)
13 SILVIA DAVID, SALLY FOSTER, JOHN
   HIGGINS, JANET LACAMPAGNE,            **STIPULATION TO CONTINUE CASE**
14 KENNETH SANCHEZ, COLLEEN              **MANAGEMENT CONFERENCE DATE;**
   SULLIVAN AND LEE SULLIVAN             **PROPOSED CASE MANAGEMENT**
15                                       **SCHEDULE AND ~~PROPOSED~~ ORDER**
           Plaintiff,                    **CONTINUING CASE MANAGEMENT**
16                                       **CONFERENCE DATE**

17         vs.                           Magistrate Judge:    Hon. Joseph C. Spero
                                         Place:               Courtroom G, 15th Floor
18 CITY AND COUNTY OF SAN                Date Action Filed:   May 18, 2012
   FRANCISCO, CALIFORNIA,                Case Management Conference Date: June 14, 2013
19
           Defendant.
20

21         IT IS STIPULATED BY THE PARTIES AS FOLLOWS:

22         1)      A Case Management Conference is currently set for December 6, 2013.

23         2)      The parties participated in an all-day settlement conference with Magistrate Judge

24 Elizabeth Laporte on May 31, 2013.  Four (4) of the nine (9) plaintiffs were able to reach a settlement.

25 On November 26, 2013, the partial settlement was approved by the San Francisco Board of

26 Supervisors.  The parties have recently scheduled a settlement conference with Magistrate Judge

27 Laporte on January 17, 2014.

28

3)      The parties stipulate to continuing the Case Management Conference to February 7 or February 14, 2014 and request that the Court enter an order consistent with this stipulation.

4)      The parties also request the Court to vacate the current Case Management Order and allow the parties to submit a new, proposed case management schedule with their case management conference statement.

Dated: December 2, 2013

By:   /s/ Terence J. Howzell
        TERENCE J. HOWZELL
        Attorneys for Defendant
        CITY AND COUNTY OF SAN FRANCISCO

Dated: December 2, 2013

By:   /s/ Jocelyn Burton
        JOCELYN BURTON
        Attorney for Plaintiffs DONALD CALKIN, GORDON
        CLARK, SILVIA DAVID, SALLY FOSTER, JOHN
        HIGGINS, JANET LACAMPAGNE, KENNETH
        SANCHEZ, COLLEEN SULLIVAN AND LEE
        SULLIVAN

PURSUANT TO STIPULATION, IT IS SO ORDERED:

The Case Management Conference set for December 6, 2013, at 1:30 p.m. is continued to the date of  02/14/14        , at  1:30 PM        . Updated case management conference statement shall be due by 2/7/14.

Dated: 12/3/13

_____
THE HONORABLE SPERO

IT IS SO ORDERED
AS MODIFIED

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Judge Joseph C. Spero