1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  ELIZABETH S. SALVESON, State Bar #83788
   Chief Labor Attorney
3  TERENCE J. HOWZELL, State Bar #140822
   Deputy City Attorney
4  Fox Plaza
   1390 Market Street, Fifth Floor
5  San Francisco, California 94102-5408
   Telephone:     (415) 554-3960
6  Facsimile:     (415) 554-4248
   E-Mail:        terence.howzell@sfgov.org
7

8  Attorneys for Defendant
   CITY AND COUNTY OF SAN FRANCISCO
9

10
                    UNITED STATES DISTRICT COURT
11
                   NORTHERN DISTRICT OF CALIFORNIA
12

13 | DONALD CALKIN, GORDON CLARK, | Case No. C 12-02584 JCS (EDL)
   | SILVIA DAVID, SALLY FOSTER, JOHN |
14 | HIGGINS, JANET LACAMPAGNE, | **STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE DATE; PROPOSED CASE MANAGEMENT SCHEDULE AND ~~PROPOSED~~ ORDER CONTINUING CASE MANAGEMENT CONFERENCE DATE**
   | KENNETH SANCHEZ, COLLEEN |
15 | SULLIVAN AND LEE SULLIVAN |
   |                                |
16 | Plaintiff,                     |
   |                                |
   | vs.                            |
17 |                                | Magistrate Judge: Hon. Joseph C. Spero
   |                                | Place:  Courtroom G, 15th Floor
18 | CITY AND COUNTY OF SAN         | Date Action Filed: May 18, 2012
   | FRANCISCO, CALIFORNIA,         | Case Management Conference Date: June 14, 2013
19 |                                |
   | Defendant.                     |

20

21      IT IS STIPULATED BY THE PARTIES AS FOLLOWS:

22      1)   A Case Management Conference is currently set for December 6, 2013.

23      2)   The parties participated in an all-day settlement conference with Magistrate Judge

24 Elizabeth Laporte on May 31, 2013.  Four (4) of the nine (9) plaintiffs were able to reach a settlement.

25 On November 26, 2013, the partial settlement was approved by the San Francisco Board of

26 Supervisors.  The parties have recently scheduled a settlement conference with Magistrate Judge

27 Laporte on January 17, 2014.

28

3) The parties stipulate to continuing the Case Management Conference to February 7 or February 14, 2014 and request that the Court enter an order consistent with this stipulation.

4) The parties also request the Court to vacate the current Case Management Order and allow the parties to submit a new, proposed case management schedule with their case management conference statement.

Dated: December 2, 2013

By: /s/ Terence J. Howzell
TERENCE J. HOWZELL
Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

Dated: December 2, 2013

By: /s/ Jocelyn Burton
JOCELYN BURTON
Attorney for Plaintiffs DONALD CALKIN, GORDON CLARK, SILVIA DAVID, SALLY FOSTER, JOHN HIGGINS, JANET LACAMPAGNE, KENNETH SANCHEZ, COLLEEN SULLIVAN AND LEE SULLIVAN

PURSUANT TO STIPULATION, IT IS SO ORDERED:

The Case Management Conference set for December 6, 2013, at 1:30 p.m. is continued to the date of 02/14/14, at 1:30 PM. Updated case management conference statement shall be due by 2/7/14.

Dated: 12/3/13

_____
THE HONORABLE JOSEPH C. SPERO

IT IS SO ORDERED AS MODIFIED
Judge Joseph C. Spero