DENNIS J. HERRERA, State Bar #139669
City Attorney
ELIZABETH S. SALVESON, State Bar #83788
Chief Labor Attorney
TERENCE J. HOWZELL, State Bar #140822
Deputy City Attorney
Fox Plaza
1390 Market Street, Fifth Floor
San Francisco, California 94102-5408
Telephone:    (415) 554-3960
Facsimile:    (415) 554-4248
E-Mail:       terence.howzell@sfgov.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD CALKIN, GORDON CLARK, SILVIA DAVID, SALLY FOSTER, JOHN HIGGINS, JANET LACAMPAGNE, KENNETH SANCHEZ, COLLEEN SULLIVAN AND LEE SULLIVAN<br><br>Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, CALIFORNIA,<br><br>Defendant. | Case No. C 12-02584 JCS<br><br>**STIPULATION OF DISMISSAL** |

1  IT IS HEREBY STIPULATED by and between Plaintiffs Donald Calkin, Sally Foster, Janet Lacampagne, Kenneth Sanchez and Lee Sullivan and Defendant City and County of San Francisco through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice as to Plaintiffs Donald Calkin, Sally Foster, Janet Lacampagne, Kenneth Sanchez and Lee Sullivan pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii).

Dated:  March 5, 2014

DENNIS J. HERRERA
City Attorney
ELIZABETH SALVESON
Chief Labor Attorney
TERENCE HOWZELL
Deputy City Attorney

By: /s/ Terence J. Howzell
TERENCE J. HOWZELL
Attorneys for Defendant

CITY AND COUNTY OF SAN FRANCISCO

Dated: March 5, 2014

BURTON EMPLOYMENT LAW

By: /s/ Jocelyn Burton
JOCELYN BURTON
Attorney for Plaintiffs DONALD CALKIN, GORDON CLARK, SILVIA DAVID, SALLY FOSTER, JOHN HIGGINS, JANET LACAMPAGNE, KENNETH SANCHEZ, COLLEEN SULLIVAN AND LEE SULLIVAN

DAted: 3/7/14

IT IS SO ORDERED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA