| | |
|---|---|
| 1 | DENNIS J. HERRERA, State Bar #139669<br>City Attorney |
| 2 | ELIZABETH S. SALVESON, State Bar #83788<br>Chief Labor Attorney |
| 3 | TERENCE J. HOWZELL, State Bar #140822<br>Deputy City Attorney |
| 4 | Fox Plaza<br>1390 Market Street, Fifth Floor |
| 5 | San Francisco, California 94102-5408<br>Telephone:  (415) 554-3960 |
| 6 | Facsimile:  (415) 554-4248<br>E-Mail:  Terence.howzell@sfgov.org |
| 7 | Attorneys for Defendant |
| 8 | CITY AND COUNTY OF SAN FRANCISCO |
| 9 | JOCELYN BURTON (SBN 135879)<br>BURTON EMPLOYMENT LAW |
| 10 | 1939 Harrison Street, Suite 400<br>Oakland, CA 94612 |
| 11 | Ph: (510) 350-7025<br>Fax: (510) 473-3672 |
| 12 | e-mail:  jburton@burtonemploymentlaw.com |
| 13 | Attorneys for Plaintiffs |
| 14 | Donald Calkin, Gordon Clark, Silvia David,<br>Sally Foster, John Higgins, Janet Lacampagne |
| 15 | Kenneth Sanchez, Colleen Sullivan and Lee Sullivan |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | | |
|---|---|---|
| DONALD CALKIN, GORDON CLARK, SILVIA DAVID, SALLY FOSTER, JOHN HIGGINS, JANET LACAMPAGNE, KENNETH SANCHEZ, COLLEEN SULLIVAN and LEE SULLIVAN<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, CALIFORNIA,<br><br>Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No.: C-12-02584 JCS<br><br>**FURTHER JOINT CASE MANAGEMENT CONFERENCE STATEMENT**<br><br>Date:  March 28, 2014<br>Time:  2:00 pm<br>Place:  Courtroom G, 15th Floor |

FURTHER JOINT CASE MANAGEMENT CONFERENCE STATEMENT, Calkin, et al. v. City and County of San Francisco, C 12-02584 JCS

1

Defendant City and County of San Francisco and Plaintiffs Gordon Clark, Silvia David, John Higgins, and Colleen Sullivan (collectively the "parties") hereby submit their Joint Case Management Conference Statement.  The parties have resolved the claims of Plaintiff Silvia David and have been engaged in settlement negotiations as to Plaintiffs Colleen Sullivan, Gordon Clark and John Higgins.  The plaintiffs have granted defendant an extension to respond to outstanding discovery requests pending the outcome of the current settlement negotiations.

Dated:   March 24, 2014

By:  /s/ Terence J. Howzell_____
TERENCE J. HOWZELL
 Attorneys for Defendant
 CITY AND COUNTY OF SAN FRANCISCO

BURTON EMPLOYMENT LAW

Dated:  March 24, 2014

By:\_\_\_/s/ Jocelyn Burton_____
Jocelyn Burton
Attorney for Plaintiffs GORDON CLARK,
SILVIA DAVID, JOHN HIGGINS and
COLLEEN SULLIVAN

FURTHER JOINT CASE MANAGEMENT CONFERENCE STATEMENT, Calkin, et al. v. City and County of San Francisco, C 12-02584 JCS