DENNIS J. HERRERA, State Bar #139669
City Attorney
ELIZABETH S. SALVESON, State Bar #83788
Chief Labor Attorney
TERENCE J. HOWZELL, State Bar #140822
Deputy City Attorney
Fox Plaza
1390 Market Street, Fifth Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-3960
Facsimile:     (415) 554-4248
E-Mail:        terence.howzell@sfgov.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| GORDON CLARK, | Case No. C 12-02584 JCS |
|---|---|
| Plaintiff, | |
| vs. | **STIPULATION OF DISMISSAL** |
| CITY AND COUNTY OF SAN FRANCISCO, CALIFORNIA, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between Plaintiff Gordon Clark and Defendant City and County of San Francisco through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice as to Plaintiff Gordon Clark pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii).

Dated:  May 26, 2015

DENNIS J. HERRERA
City Attorney
ELIZABETH SALVESON
Chief Labor Attorney
TERENCE HOWZELL
Deputy City Attorney

By: /s/ Terence J. Howzell
TERENCE J. HOWZELL
Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

Dated: May 26, 2015

BURTON EMPLOYMENT LAW

By: /s/ Jocelyn Burton
JOCELYN BURTON
Attorney for Plaintiff GORDON CLARK

Dated: May 27, 2015

IT IS SO ORDERED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STIPULATION OF DISMISSAL
CASE NO. C12-02584 JCS

2

n:\labor\li2012\121360\00780752.doc